STATE OF NORTH CAROLINA v. WAYNE MELTON AND LESTER
C. GILLIAM

No. 756SC403

(Filed 15 October 1975)

APPEAL by defendants from *Tillery, Judge.* Judgments entered 27 February 1975 in Superior Court, HERTFORD County. Heard in Court of Appeals 2 September 1975.

*Attorney General Edmisten by Associate Attorney Isaac T. Avery III, for the State.*

*Revelle, Burleson and Lee by L. Frank Burleson, Jr., for defendants.*

CLARK, Judge.

The defendants appeal from judgments imposing prison terms after conviction for breaking or entering a store building in Ahoskie. The State's evidence tended to show that the Chief of Police and another officer were in the building when the defendants entered. We have carefully considered all assignments of error, and we find no prejudicial error.

Judges MORRIS and VAUGHN concur.